IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. CLARK, | No. 2:12-cv-2550-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, idolize | |
| Defendant. | |

Plaintiff, who is proceeding without counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On January 14, 2013, the court issued plaintiff an order to show cause why this action should not be dismissed for failure to submit the service documents to the United States Marshal as directed. Plaintiff responded to the order claiming lack of transportation. Plaintiff requested addition time to comply with the court's order.

To the extent plaintiff responded to the order to show cause, it will be discharged. Plaintiff will be allowed additional time to comply with the court's prior order, but is reminded that he is required to comply with the court's orders in a timely fashion. Transportation is unnecessary as most tasks may be completed through the mail. Specifically, the service

documents do not need to be personally delivered to the U.S. Marshal's office. Plaintiff is, however, required to submit the service documents to the U.S. Marshal within the time set forth below, and to inform the court when he has done so.

Plaintiff is again cautioned that failure to comply with this order may result in dismissal of this action for failure to prosecute and comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 14, 2013 order to show cause is discharged;

2. Plaintiff shall, within 15 days of the date of this order, submit to the United States Marshal a completed summons and copies of the complaint; and

3. Within 20 days of the date of this order, plaintiff shall file a notice with the court that the service documents were submitted to the United States Marshal.

DATED: April 11, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE