1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 HOWARD M. CLARK,                                    No. 2:12-cv-2550-MCE-CMK

12             Plaintiff,

13     vs.                                            <u>ORDER</u>

14 COMMISSIONER OF SOCIAL
   SECURITY, idolize
15
             Defendant.
16 _____/

17             Plaintiff, who is proceeding without counsel, brings this action for judicial review

18 of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

19             On January 14, 2013, the court issued plaintiff an order to show cause why this

20 action should not be dismissed for failure to submit the service documents to the United States

21 Marshal as directed.  Plaintiff responded to the order claiming lack of transportation.  Plaintiff

22 requested addition time to comply with the court's order.

23             To the extent plaintiff responded to the order to show cause, it will be discharged.

24 Plaintiff will be allowed additional time to comply with the court's prior order, but is reminded

25 that he is required to comply with the court's orders in a timely fashion.  Transportation is

26 unnecessary as most tasks may be completed through the mail.  Specifically, the service

1  documents do not need to be personally delivered to the U.S. Marshal's office.  Plaintiff is,

2  however, required to submit the service documents to the U.S. Marshal within the time set forth

3  below, and to inform the court when he has done so.

4          Plaintiff is again cautioned that failure to comply with this order may result in

5  dismissal of this action for failure to prosecute and comply with court rules and orders.  <u>See</u>

6  Local Rule 110.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.      The January 14, 2013 order to show cause is discharged;

9          2.      Plaintiff shall, within 15 days of the date of this order, submit to the

10  United States Marshal a completed summons and copies of the complaint; and

11          3.      Within 20 days of the date of this order, plaintiff shall file a notice with the

12  court that the service documents were submitted to the United States Marshal.

13

14    DATED:  April 11, 2013

15

16                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26