1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    HOWARD M. CLARK, JR.,                    No. 2:12-CV-2550-MCE-CMK  PS

12              Plaintiff,

13         vs.                                 <u>ORDER</u>

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
              Defendant.
16    _____/

17         Plaintiff, who is proceeding i*n propria persona*, brings this action for judicial

18    review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

19         On November 6, 2013, the court issued findings and recommendations that this

20    action should be dismissed for lack of prosecution and failure to comply with court rules and

21    orders.  Plaintiff has filed objections to the findings and recommendations, indicating the delay

22    was inadvertent and due to his lack of understanding.

23         As such, the undersigned will vacate the findings and recommendations, and

24    allow plaintiff additional time to file his motion for summary judgment and/or remand, or to

25    request a voluntary remand if he has new evidence outside the evidentiary record.  Plaintiff is

26    referred to the Scheduling Order (Doc. 5), filed November 14, 2012, for additional information.

Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed November 6, 2013, are vacated;

    2.    Plaintiff shall file his motion for summary judgment and/or remand within 45 days of this order; and

    3.    The remainder of the scheduling order is modified accordingly.


DATED:  November 18, 2013

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2